UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANOVER AMERICAN INSURANCE COMPANY et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FRANCINI INC.,<br><br>    Defendant. | Case No. 2:23-cv-10047-SB-MAA<br><br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

     Plaintiffs filed their complaint against Defendant Francini Inc. on November 29, 2023.  Dkt. No. 1.  On December 13, 2023, Plaintiff effectuated personal service on Defendant.  *See* Dkt. No. 11.  On January 8, 2024, Plaintiffs filed a stipulation extending the responsive pleading deadline to January 24, 2024.  Dkt. No. 13.  Defendant failed to timely respond, and Plaintiffs have not sought entry of default.  Plaintiffs are ordered to show cause, in writing, no later than February 2, 2024, why their claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

     The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before February 2, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims.

Date: January 25, 2024

                                     Stanley Blumenfeld, Jr.
                                     United States District Judge