1 STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
2 RYAN Z. KELLER (SBN 249193)
rkeller@hayesscott.com
3 HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP
4 333 Twin Dolphin Road, Suite 230
Redwood City, California 94065
5 Telephone:  650.637.9100

6
Attorneys for Plaintiffs
7 HANOVER  AMERICAN  INSURANCE  COMPANY  and
CITIZENS INSURANCE COMPANY OF AMERICA

8

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13 | HANOVER AMERICAN                    | CASE NO. 2:23-cv-10047-MRA-MAA
14 | INSURANCE COMPANY and
CITIZENS INSURANCE COMPANY            | **PLAINTIFFS HANOVER AMERICAN**
15 | OF AMERICA,                          | **INSURANCE COMPANY and**
                                         | **CITIZENS INSURANCE COMPANY**
16 |              Plaintiffs,             | **OF AMERICA'S NOTICE OF MOTION**
                                         | **AND MOTION FOR JUDGMENT ON**
17 |        vs.                           | **THE PLEADINGS**
18 | FRANCINI, INC.; and DOES 1
19 | through 100, Inclusive,              | **Date:        June 20, 2024**
                                         | **Time:        1:30 p.m.**
20 |              Defendants.             | **Dept.:       10B**
21
22                                         **Assigned for all Purposes to:**
23                                         **Judge Mónica Ramírez Almadani**
24
                                          Complaint Filed:  November 29, 2023
25                                         Trial Date:       Not Yet Set
26
27
28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on June 20, 2024, at 1:30 p.m., or as soon thereafter as may be heard before or by the Honorable Mónica Ramírez Almadani, United States District Judge, in the First Street Courthouse, Courtroom 10B, located at 350 W. First Street, Los Angeles, California 90012, plaintiffs Hanover America Insurance Company and Citizens Insurance Company of America ("Plaintiffs") will, and hereby do, move the Court for an order granting judgment on the pleadings.

This motion will be made pursuant to Federal Rules of Civil Procedure 12(c) on the grounds that in comparing the allegations in the complaint to the unambiguous terms of the policies, Plaintiffs have no duty to defend, and therefore no duty to indemnify, as a matter of law.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 19, 2024.

This motion is based upon this notice of motion, the accompanying memorandum of points and authorities, request for judicial notice and exhibits thereto, and [proposed] order, all pleadings, and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated:  March 26, 2024

HAYES SCOTT BONINO
ELLINGSON & GUSLANI LLP


By:  _/S/ Ryan Z Keller_
STEPHEN M. HAYES
RYAN Z. KELLER
Attorneys for Plaintiffs
HANOVER AMERICAN INSURANCE
COMPANY and CITIZENS INSURANCE
COMPANY OF AMERICA