1  **SHERMAN LAW GROUP**
   Richard Lloyd Sherman, Bar No. 106597
2  9454 Wilshire Blvd., Suite 850
   Beverly Hills, California  90212
3  Tel: (310) 246-0321 / Fax: (310) 246-0305
   E-mail: *richard@shermanlawgroup.com*
4         *abhay@shermanlawgroup.com*

5

6  Attorneys for FRANCINI, INC.

7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   **HANOVER AMERICAN**              Case No. 2:23-cv-10047-MRA-MAA
12 **INSURANCE COMPANY** and
   **CITIZENS INSURANCE COMPANY**    **REQUEST FOR JUDICIAL**
13 **OF AMERICA,**                   **NOTICE IN SUPPORT OF**
                                     **DEFENDANT FRANCINI,**
14                  Plaintiff,       **INC.'S OPPOSITION TO**
                                     **HANOVER AMERICAN**
15 v.                               **INSURANCE COMPANY and**
                                     **CITIZENS INSURANCE**
16 **FRANCINI, INC.;** and DOES 1 through  **COMPANY OF AMERICA'S**
   100, Inclusive                   **MOTION FOR JUDGMENT ON**
17                                   **THE PLEADINGS;**
                    Defendant       **OBJECTIONS TO**
18                                   **PLAINTIFFS' REQUEST FOR**
                                     **JUDICIAL NOTICE FILED IN**
19                                   **SUPPORT OF THE MOTION**

20                                   Date:      July 18, 2024
                                     Time:      1:30 p.m.
21                                   Dept:      10B

22                                   Assigned for all Purposes to:
                                     Judge Monica Ramirez Almadani
23
                                     Action Filed:     November 29, 2023
24

25 / / /

26 / / /

27

28

     ---
     **REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO MOTION FOR JUDGMENT**
     **ON THE PLEADINGS; OBJECTIONS TO PLAINTIFFS REQUEST FOR JUDICIAL NOTICE**
     48790993.1/067845.0001

Defendant, Francini, Inc. ("Francini") hereby respectfully requests that this Court take judicial notice of the following documents pursuant to Federal Rules of Evidence Rule 201 in support of its Opposition to Motion for Judgement on the Pleadings.

1.    A true and correct copy of the Francini Answer filed in the matter entitled <u>Bustos-Mondragon, et al., v. Antolini Luigi, et al</u>, Los Angeles County Superior Court Case No. 23STCV01424, filed on November 28, 2023, which is attached hereto as Exhibit "1". Judicial notice of this exhibit is proper because it is a record of a court of this state, and it is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

2.    A true and correct copy of the Francini Answer filed in the matter entitled <u>Estrella-Moreno, et al., v. All Natural Stone, et al.</u>, San Francisco County Superior Court Case No. CGC-23-605643, filed on March 11, 2024, which is attached hereto as Exhibit "2". Judicial notice of this exhibit is proper because it is a record of a court of this state, and it is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

3.    A true and correct copy of the Francini Answer filed in the matter entitled <u>Gallegos-Botello, et al., v. Architectural Services, et al</u>, Los Angeles County Superior Court Case No. 23STCV06368, filed on December 20, 2023, which is attached hereto as Exhibit "3". Judicial notice of this exhibit is proper because it is a record of a court of this state, and it is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

4.    A true and correct copy of the Francini Answer filed in the matter entitled <u>Gomez-Rivera et al., v. ADB Global Trade LLC, et al</u>, Los Angeles County Superior Court Case No. 23STCV01612, filed on January 8, 2024, which is attached

1  hereto as Exhibit "4". Judicial notice of this exhibit is proper because it is a record of

2  a court of this state, and it is not subject to reasonable dispute because it can be

3  accurately and readily determined from sources whose accuracy cannot reasonably

4  be questioned.

5       5.    A true and correct copy of the Francini Answer filed in the matter

6  entitled <u>Gonzalez, et al., v. ADB Global Trade LLC</u>, et al, Los Angeles County

7  Superior Court Case No. 21STCV06984, filed on January 20, 2023, which is attached

8  hereto as Exhibit "5". Judicial notice of this exhibit is proper because it is a record of

9  a court of this state, and it is not subject to reasonable dispute because it can be

10 accurately and readily determined from sources whose accuracy cannot reasonably

11 be questioned.

12      6.    A true and correct copy of the Francini Answer filed in the matter

13 entitled <u>Luna-Reyes, et al., v. Architectural Surfaces, et al</u>, Los Angeles County

14 Superior Court Case No. 23STCV00238, filed on November 16, 2023, which is

15 attached hereto as Exhibit "6". Judicial notice of this exhibit is proper because it is a

16 record of a court of this state, and it is not subject to reasonable dispute because it

17 can be accurately and readily determined from sources whose accuracy cannot

18 reasonably be questioned.

19      7.    A true and correct copy of the Francini Answer filed in the matter

20 entitled <u>Maciel, et al., v. Alpha Tile and Stone Inc., et al</u>, Los Angeles County

21 Superior Court Case No. 23STCV12007, filed on February 7, 2024, which is attached

22 hereto as Exhibit "7". Judicial notice of this exhibit is proper because it is a record of

23 a court of this state, and it is not subject to reasonable dispute because it can be

24 accurately and readily determined from sources whose accuracy cannot reasonably

25 be questioned.

26      8.    A true and correct copy of the Francini Answer filed in the matter

27 entitled <u>Melendez-Murillo, et al., v. AKG Trading USA, Inc. et al.</u>, Los Angeles

28 County Superior Court Case No. 23STCV08596, filed on November 16, 2023, which

REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO MOTION FOR JUDGMENT
ON THE PLEADINGS
48700002.1/067845.0001

is attached hereto as Exhibit "8". Judicial notice of this exhibit is proper because it is a record of a court of this state, and it is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

9.    A true and correct copy of the Francini Answer filed in the matter entitled <u>Montoya-Bautista, et al, v. Architectural Surfaces, Inc., et al.</u>, Los Angeles County Superior Court Case No. 23STCV11727, filed on April 8, 2024, which is attached hereto as Exhibit "9". Judicial notice of this exhibit is proper because it is a record of a court of this state, and it is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

10.    A true and correct copy of the Francini Answer filed in the matter entitled <u>Moz-Murcia v. Architectural Surfaces, Inc., et al.</u>, Los Angeles County Superior Court Case No. 23STCV06384, filed on October 12, 2023, which is attached hereto as Exhibit "10". Judicial notice of this exhibit is proper because it is a record of a court of this state, and it is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

11.    In the matter entitled <u>Ortiz v. Architectural Services, et al.</u>, Los Angeles County Superior Court Case No. 23STCV06568, an answer has not yet been filed, but that matter is pending. Francini will file that answer separately as Exhibit "11" if it becomes available prior to the hearing. Judicial notice of this exhibit will be proper because the answer will be a record of a court of this state, and not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

12.    A true and correct copy of the Francini Answer filed in the matter entitled <u>Reyes-Cuevas, et al., v. Alpha Tile & Stone, et al.</u>, Los Angeles County Superior Court Case No. 23STCV00260, filed on March 1, 2024, which is attached

- 4 -

1   hereto as Exhibit "12". Judicial notice of this exhibit is proper because it is a record

2   of a court of this state, and it is not subject to reasonable dispute because it can be

3   accurately and readily determined from sources whose accuracy cannot reasonably

4   be questioned.

5         13.    A true and correct copy of the Francini Answer filed in the matter

6   entitled <u>Rivas-Williams v. AA Granite Marble, et al.</u>, Los Angeles County Superior

7   Court Case No. 23STCV08523, filed on January 17, 2024, which is attached hereto

8   as Exhibit "13". Judicial notice of this exhibit is proper because it is a record of a

9   court of this state, and it is not subject to reasonable dispute because it can be

10  accurately and readily determined from sources whose accuracy cannot reasonably

11  be questioned.

12        14.    A true and correct copy of the Francini Answer filed in the matter

13  entitled <u>Segura-Meza, et al., v. Agoura Hills Marble and Granite, Inc., et al.</u>, Los

14  Angeles County Superior Court Case No. 22STCV38729, filed on January 30, 2024,

15  which is attached hereto as Exhibit "14". Judicial notice of this exhibit is proper

16  because it is a record of a court of this state, and it is not subject to reasonable dispute

17  because it can be accurately and readily determined from sources whose accuracy

18  cannot reasonably be questioned.

19        15.    A true and correct copy of the Francini Answer filed in the matter

20  entitled <u>Solano-Claustro et al., v. ADB Global Trade, LLC, et al.</u>, Los Angeles

21  County Superior Court Case No. 23STCV11602, filed on April 22, 2024, which is

22  attached hereto as Exhibit "15". Judicial notice of this exhibit is proper because it is

23  a record of a court of this state, and it is not subject to reasonable dispute because it

24  can be accurately and readily determined from sources whose accuracy cannot

25  reasonably be questioned.

26        16.    A true and correct copy of the Francini Answer filed in the matter

27  entitled <u>Soto-Rodriguez, et al., v. AKG Trading (USA), Inc., et al.</u>, Los Angeles

28  County Superior Court Case No. 23STCV08440, filed on February 16, 2024, which

1  is attached hereto as Exhibit "16". Judicial notice of this exhibit is proper because it

2  is a record of a court of this state, and it is not subject to reasonable dispute because

3  it can be accurately and readily determined from sources whose accuracy cannot

4  reasonably be questioned.

5      17.    A true and correct copy of the Francini Answer filed in the matter

6  entitled <u>Garcia-Rosas, et al., v. Architectural Surfaces, et al.</u>, Los Angeles County

7  Superior Court Case No. 22STCV39957, filed on November 16, 2023, which is

8  attached hereto as Exhibit "17". Judicial notice of this exhibit is proper because it is

9  a record of a court of this state, and it is not subject to reasonable dispute because it

10  can be accurately and readily determined from sources whose accuracy cannot

11  reasonably be questioned.

12  **OBJECTIONS TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**

13  **FILED IN SUPPORT OF THE**

14  **MOTION FOR JUDGMENT ON THE PLEADINGS**

15      18.    As to Plaintiffs' Request and Exhibit No. 18, which purports to be a true

16  and correct copy of 29 Code of Federal Regulations sections 1910.1053, 1915.1053,

17  and 1926.1153, Francini objects and asserts that judicial notice is improper. Judicial

18  notice of this exhibit is improper because, although the language of the regulations

19  may not be subject to reasonable dispute their relevance to the instant action and/or

20  Francini in particular is disputed, particularly given the numerous exceptions and

21  conditions predicating application of these provisions.

22      19.    As to Plaintiffs' Request and Exhibit No. 19, which purports to be a true

23  and correct copy of California Code of Regulation, Title 8, sections 1530.1 and 5204,

24  Francini objects and asserts that judicial notice is improper. Judicial notice of this

25  exhibit is improper because, although the language of the regulations may not be

26  subject to reasonable dispute their relevance to the instant action and/or Francini in

27  particular is disputed, particularly given the numerous exceptions and conditions

28  predicating application of these provisions.

**REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO MOTION FOR JUDGMENT
ON THE PLEADINGS**

1   Dated:  June 26, 2024                    **SHERMAN LAW GROUP**

2

3

4

5                                           Richard Lloyd Sherman
                                            Attorney for Defendant
6                                           FRANCINI, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO MOTION FOR JUDGMENT
ON THE PLEADINGS**