As set forth in the Request for Judicial Notice, in the matter entitled Ortiz v. Architectural Services, et al., Los Angeles County Superior Court Case No. 23STCV06568, an answer has not yet been filed, but that matter is pending.  Francini will file that answer separately as Exhibit "11" if it becomes available prior to the hearing.