STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
RYAN Z. KELLER (SBN 249193)
rkeller@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP
333 Twin Dolphin Road, Suite 230
Redwood City, California 94065
Telephone: 650.637.9100

Attorneys for Plaintiffs
HANOVER AMERICAN INSURANCE COMPANY and
CITIZENS INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANOVER AMERICAN INSURANCE COMPANY and CITIZENS INSURANCE COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCINI, INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | **CASE NO. 2:23-cv-10047-MRA-MAA**<br><br>**PLAINTIFFS HANOVER AMERICAN INSURANCE COMPANY AND CITIZENS INSURANCE COMPANY OF AMERICA'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:   August 18, 2025<br>Time:   1:30 p.m.<br>Dept.:   9B<br><br>**Assigned for all Purposes to:**<br>**Judge Mónica Ramírez Almadani**<br><br>Complaint Filed:   November 29, 2023<br>Trial Date:   Not Yet Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on August 18, 2025, at 1:30 p.m., or as soon thereafter as may be heard before or by the Honorable Mónica Ramírez Almadani, United States District Judge, in the Ronald Regan Federal Building, Courtroom 9B, located at 411 W. Fourth Street, Santa Ana, California 92701, plaintiffs Hanover America Insurance Company and Citizens Insurance Company of America ("Plaintiffs") will, and hereby do, move the Court for an order granting judgment on the pleadings.

This motion will be made pursuant to Federal Rules of Civil Procedure 12(c) on the grounds that in comparing the allegations in the complaint to the unambiguous terms of the policies, Plaintiffs have no duty to defend, and therefore no duty to indemnify, as a matter of law.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 22, 2025.

This motion is based upon this notice of motion, the accompanying memorandum of points and authorities, appendix, request for judicial notice and exhibits thereto, and [proposed] order, all pleadings, and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated:  June 20, 2025

HAYES SCOTT BONINO
ELLINGSON & GUSLANI LLP

By: */S/ Ryan Z Keller*
STEPHEN M. HAYES
RYAN Z. KELLER
Attorneys for Plaintiffs
HANOVER AMERICAN INSURANCE COMPANY and CITIZENS INSURANCE COMPANY OF AMERICA